UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| RONDA MANNS, | : | |
|     Defendant | : | 18 U.S.C. § 1001(a)(2) |
| | : | (False Statements to Law Enforcement) |
| | : | |
| | : | <u>Filed under seal</u> |
| | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about July 30, 2019, and August 30, 2019, in the District of Columbia, the defendant, **RONDA MANNS**, made a materially false, fictitious, and fraudulent statement to a federal law enforcement agent investigating a violation of 18 U.S.C. § 1591.

(**Making a False Statement to Law Enforcement,** in violation of Title 18, United States Code, Section 1001(a)(2))


CHANNING D. PHILLIPS
Acting United States Attorney

_____
KENYA K. DAVIS
ELIZABETH A. HUTSON
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7059

1